## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Clarence Allen, Jr.<br>100 Simmons Lane<br>Milledgeville, GA  31061 | **CHAPTER 13**<br><br>**Case Number:** 07-52427-RFH<br><br>**ATTORNEY:**  ARTHUR L. WALKER |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $1,085.72 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

CREDIT GUEST SERVICES
BANKRUPTCY - FRIEDMAN'S / CRESCENT
PO BOX 703048
DALLAS, TX 75370-3048


**DATED:** June 4, 2008

        /s/ Camille Hope

**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**